**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Middle_____  District of __Georgia_____
                                  (State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual                    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☐ Chapter 7
☑ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**

EvoShield, LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

_____
_____
_____

**4. Debtor's federal Employer Identification Number (EIN)**

☑ Unknown

__ __ - __ __ __ __ __ __ __
EIN

**5. Debtor's address**

**Principal place of business**

300 Commerce Boulevard
Number    Street

_____

Bogart              GA    30622
City                State  ZIP Code

_____
County

**Mailing address, if different**

_____
Number    Street

_____
P.O. Box

_____  _____  _____
City                  State  ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____

_____  _____  _____
City                  State  ZIP Code

---

Official Form 205                   Involuntary Petition Against a Non-Individual                   page 1

Debtor  __EvoShield, LLC_____   Case number (*if known*)_____
        Name

| | | |
|---|---|---|
| **6.** | **Debtor's website** (URL) | www.evoshield.com |

| | | |
|---|---|---|
| **7.** | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| **8.** | **Type of debtor's business** | *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☑ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| | | |
|---|---|---|
| **9.** | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☑ No |
| | | ☐ Yes. Debtor _____  Relationship _____ |
| | | District _____ Date filed _____ Case number, if known_____ |
| | | MM / DD / YYYY |
| | | Debtor _____  Relationship _____ |
| | | District _____ Date filed _____ Case number, if known_____ |
| | | MM / DD / YYYY |

**Part 3:  Report About the Case**

| | | |
|---|---|---|
| **10.** | **Venue** | *Check one:* |
| | | ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **11.** | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked*: |
| | | ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| **12.** | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☑ No |
| | | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Official Form 205          Involuntary Petition Against a Non-Individual          page 2

Debtor    EvoShield, LLC
          Name                                             Case number (if known)

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Matt Stover | Money owed | $ 65,892.00 |
| KB3Interests, LLC | Money owed | $ 328,778.00 |
| Juanita Markwalter | Money owed | $ 131,511.00 |
| | Total of petitioners' claims | $ 526,181.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Matt Stover
Name

15 Ivy Reach Ct
Number   Street

Cockeysville          MD      21030
City                  State   ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City     State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/30/2016
             MM / DD / YYYY

X  [signature]
Signature of petitioner or representative, including representative's title

**Attorneys**

Thomas R. Walker
Printed name

McGuireWoods LLP
Firm name, if any

1230 Peachtree Street NE, Suite 2100
Number   Street

Atlanta                    GA        30309
City                       State     ZIP Code

Contact phone  404-443-5500   Email  trwalker@mcguirewoods.com

Bar number  732755

State  Georgia

X  /s/ Thomas R. Walker
Signature of attorney

Date signed  10/30/2016
             MM / DD / YYYY

Debtor  EvoShield, LLC
        Name

Case number (if known) _____

---

**Name and mailing address of petitioner**

KB3 Interests, LLC
Name

367 Tynebridge Lane
Number    Street

Houston                TX        77024
City                   State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/30/2016
             MM / DD / YYYY

X /s/ Kennett Baldwin
Signature of petitioner or representative, including representative's title

---

H. Miles Cohn
Printed name

Crain Caton & James, P.C.
Firm name, if any

1401 McKinney Street
Number    Street

Houston                TX        77010
City                   State     ZIP Code

Contact phone  713-752-2323   Email  mcohn@craincaton.com

Bar number  04509600

State  Texas

X /s/ H. Miles Cohn
Signature of attorney

Date signed  10/30/2016
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

Juanita Markwalter
Name

555 Argonne Drive
Number    Street

Atlanta                GA        30305
City                   State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/30/2016
             MM / DD / YYYY

X /s/ Juanita Markwalter
Signature of petitioner or representative, including representative's title

---

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City    State    ZIP Code

Contact phone  _____  Email  _____

Bar number  _____

State  _____

X _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY

---

Official Form 205        Involuntary Petition Against a Non-Individual        page 4