**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EVOSHIELD, LLC | ) | Bankruptcy Case No.: 16-31159 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## MOTION FOR ENTRY OF ORDER MODIFYING THE CASE CAPTION

COMES NOW, Baseball Protective, LLC f/k/a EvoShield, LLC (the "Debtor") in the above-styled Chapter 11 case (the "Case"), by and through the undersigned counsel, and files the Debtor's Motion for Entry of an Order Modifying Case Caption (the "Motion"). In support of this Motion, the Debtor respectfully represents as follows:

### JURISDICTION AND VENUE

1.

This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Debtor consents to entry of final orders or judgment by this Court. Venue of the Debtor's Chapter 11 Case and this Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicate for the relief sought herein is Section 105 of the Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

### BACKGROUND

2.

On October 31, 2016, Matt Stover, KB3Interests, LLC, and Juanita Markwalter (collectively, the "Petitioners"), filed an involuntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Petition") against EvoShield, LLC. On November 28, 2016, Debtor filed

its Consent to Entry of Order for Relief (Doc. No 46). On December 1, 2016 Debtor filed a Motion for Entry of Order for Relief (Doc. No. 48). An Order Granting Motion for Entry of Order for Relief was signed on December 1, 2016 and entered on the docket on December 2, 2016 (Doc. No. 49). Debtor is operating as a debtor-in-possession pursuant to 11 U.S.C. 1107 and 1108.

3.

Prior to the Petition Date, on October 26, 2016, EvoShield and Wilson Sporting Goods Co. ("Wilson" or "Buyer") entered into an Asset Purchase Agreement (the "Wilson APA"). Under the terms of the Wilson APA, Wilson agreed to purchase substantially all the assets of EvoShield at a closing stipulated to occur no later than November 15, 2016.

4.

On November 7, 2016, Debtor filed its Emergency Motion for Entry of Order Approving Sale of Substantially all the Assets of the Putative Debtor Under Sections 303 and 363 of the Bankruptcy Code (Doc No. 13).

5.

On November 16, 2016, the Court entered an order, after notice and hearing, providing that the Debtor and Wilson were authorized to close the sale of assets pursuant to the terms of the Wilson APA (Doc. No. 36). The sale closed on November 17, 2016. Thereafter Debtor changed its name to Baseball Protective, LLC.

6.

After payment of the costs of sale, escrow of funds pursuant to the terms of the Wilson APA, and payment of the claim of Dugout Ventures, LLC, Debtor has approximately $1,500,000

in cash. The Debtor intends to timely propose a plan of liquidation consistent with the provisions of the Bankruptcy Code.

7.

Pursuant to the Wilson APA, the Debtor sold its Intellectual Property (as defined in the APA), including the Debtor's rights to the EvoShield trade name.

8.

By corporate action and by filing the required documents with the Delaware Department of State, the Debtor has changed its name from EvoShield, LLC to "Baseball Protective, LLC."

**RELIEF REQUESTED**

9.

In light of the recent change in the Debtor's name and to avoid any confusion on the part of parties in interest, the Debtor requests that the Court enter an order substantially in the form of Exhibit "A" attached hereto modifying the caption of this bankruptcy case.

**BASIS FOR RELIEF**

10.

Section 105(a) of the Bankruptcy Code provides a bankruptcy court with broad powers in the administration of a case under title 11. Section 105(a) provides that "[t]he court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]." 11 U.S.C. § 105(a).

11.

Due to the recent change of the Debtor's name, the Debtor requests that the Court change the caption of the bankruptcy case to the following:

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BASEBALL PROTECTIVE, LLC | ) | Bankruptcy Case No.: 16-31159 |
| f/k/a EvoShield, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

12.

The above-caption reflects the Debtor's new name. The modification of the case caption will not adversely affect the administration of the case. The Debtor shows that the modification is in the best interest of the Debtor and its stakeholders. Accordingly, the Debtor respectfully requests that the Court authorize the modification of the caption of the bankruptcy case as set forth above.

**NOTICE**

13.

Notice of this Motion has been provided to the Office of the United States Trustee. In light of the nature of the relief requested, the Debtor submits that no further notice is necessary.

WHEREFORE, the Debtor respectfully requests that this Court (a) enter an order in the form attached hereto as Exhibit "A" modifying the caption of this bankruptcy case; and (b) grant the Debtor such other and further relief as is just and proper.

This 7th day of December, 2016.

                                                Respectfully submitted,

                                                LAMBERTH, CIFELLI,
                                                   ELLIS & NASON, P.A.
                                                Attorneys for Baseball Protective, LLC
                                                f/k/a EvoShield, LLC

                                                By: */s/ Gregory D. Ellis*
                                                Gregory D. Ellis
                                                Georgia Bar No. 245310
                                                GEllis@lcenlaw.com

1117 Perimeter Center West
Suite W212
Atlanta, Georgia  30338
(404) 262-7373

**EXHIBIT "A"**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EVOSHIELD, LLC | ) | Bankruptcy Case No.: 16-31159 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER MODIFYING CASE CAPTION**

This matter is before the Court on the Debtor's Motion for Entry of an Order Modifying the Case Caption (the "Motion").

The Court has considered the Motion. It appears that the Court has jurisdiction over this proceeding; that notice of the Motion has been given to the Office of the United States Trustee; that no further notice is necessary; that the relief sought in the Motion is in the best interests of the Debtor, its estate, and its stakeholders and that good and sufficient cause exists for such relief.

Accordingly, it is hereby **ORDERED** as follows:

1. The Motion [Doc. No. __] is GRANTED.

2. The caption of this case shall now be:

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BASEBALL PROTECTIVE, LLC | ) | Bankruptcy Case No.: 16-31159 |
| f/k/a EvoShield, LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

3. The Debtor in this case shall be identified as "Baseball Protective, LLC f/k/a EvoShield, LLC."

4. The Clerk of Court shall edit the Court's CM/ECF database to reflect this change. This edit shall include information sufficient to allow any search of the Court's records to locate this case when using any of the following search terms: "EvoShield, LLC."

5. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

2

6.      Counsel for the Debtor is directed to serve a copy of this Order on all creditors and parties in interest in this case within three (3) business days of the entry of this Order and file a certificate of service with the Clerk of Court.

[END OF DOCUMENT]

**Prepared and presented by:**
LAMBERTH, CIFELLI,
    ELLIS & NASON, P.A.
Attorneys for Baseball Protective, LLC
f/k/a EvoShield, LLC


By: */s/ Gregory D. Ellis*
    Gregory D. Ellis
    Georgia Bar No. 245310
    GEllis@lcenlaw.com
    1117 Perimeter Center West
    Suite W212
    Atlanta, Georgia  30338
    (404) 262-7373

**Distribution List:**

U.S. Trustee – MAC, 440 Martin Luther King Jr. Boulevard, Suite 302, Macon, GA 31201

Gregory D. Ellis, Lamberth, Cifelli, Ellis & Nason, P.A., 1117 Perimeter Center West, Ste. W212, Atlanta, GA  30338

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing document upon all those parties listed below by depositing same in the U. S. mail in a properly addressed envelope with adequate postage affixed thereon to assure delivery to:

| | |
|---|---|
| Office of U.S. Trustee<br>Elizabeth Hardy<br>440 Martin Luther King Blvd., Suite 302<br>Macon, GA 31201 | And via electronic mail to:<br>Ustp.region21.mc.ecf@usdoj.gov |

This 7th day of December, 2016.

/s/ Gregory D. Ellis
Gregory D. Ellis
Georgia Bar No. 245310