**SO ORDERED.**

**SIGNED this 7 day of August, 2017.**



_____
**James P. Smith**
**Chief United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA

IN RE:                                                    CHAPTER 11

Baseball Protective, LLC
fka EvoShield, LLC

                                                    CASE NO. 16-31159 JPS

DEBTOR

### ORDER APPROVING DISCLOSURE STATEMENT, FIXING TIME
### FOR FILING ACCEPTANCE OR REJECTION OF THE PLAN OF
### REORGANIZATION AND FIXING DATE FOR HEARING ON CONFIRMATION
### COMBINED WITH NOTICE THEREOF

A Disclosure Statement under Chapter 11 of the Bankruptcy Code having been filed by the debtor on **June 12, 2017**, and the Court, after notice and hearing, having determined that the Disclosure Statement filed with the Court on **June 12, 2017**, contains "adequate information" as that term is defined in 11 U.S.C. § 1125;

**IT IS THEREFORE ORDERED**;

That the Disclosure Statement filed with the Court on **June 12, 2017**, be and the same hereby is approved;

That the debtor and parties in interest may now solicit acceptance or rejection of the debtor's Plan of Reorganization pursuant to 11 U.S.C. § 1125;

That on or before **August 11, 2017**, the debtor's attorney shall transmit the following by mail with adequate postage to creditors, equity security holders, and all other parties as directed by Bankruptcy Rule 3017:

1.     the plan or a Court approved summary of the plan;
2.     the disclosure statement approved by the Court;
3.     a ballot that conforms to Official Form 314; and

4.          a copy of this order.

That a certificate of service shall be filed with the Court upon completion of service;

That all ballots accepting or rejecting the plan shall be filed with this Court directly by the voting creditors and equity security holders.  Voting creditors and equity security holders should file their ballots via ECF or via physical delivery (such as mail to U.S. Bankruptcy Court, P.O. Box 1957, Macon, GA 31202 or by courier to the U.S. Bankruptcy Court at 433 Cherry Street, Macon, GA 31201).  Ballots shall be filed on or before **September 12, 2017**;

That any objection to confirmation of the Plan shall be filed  with the Court on or before **September 12, 2017**;

That a hearing for the consideration of confirmation of the Plan and any objections to confirmation of the Plan will be held on **September 19, 2017, at 11:00 am** in **U.S. Courthouse and Post Office, 115 East Hancock Avenue, Athens Georgia 30601.**

END OF DOCUMENT

Modified 3/3/17