UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER |
| | } | <u>16-31159</u> |
| <u>Baseball Protective, LLC</u> | } | |
| | } | JUDGE |
| DEBTOR. | } | CHAPTER 11 |

**DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)**

FOR THE PERIOD
FROM __08.01.017__    TO __08.31.17__

Comes now the above-named debtor and files its Monthly Operating Reports in accordance
with the Guidelines established by the United States Trustee and FRBP 2015.

_____/s/ Gregory D. Ellis_____
Attorney for Debtor's Signature

Debtor's Address                                    Attorney's Address
and Phone Number                                and Phone Number

3255 Lawrenceville-Suwanee Rd              Lamberth, Cifelli, Ellis & Nason, P.A.
Suite P#302                                          1117 Perimeter Center West, Ste. W212
Suwanee, GA 30024                              Atlanta, GA  30338
678-634-9473                                        404-262-7373

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously
provided to the United States Trustee Office. Monthly Operating Reports must be filed on the
20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United
States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg info.htm
    1)    Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
    2)    Initial Filing Requirements
    3)    Frequently Asked Questions (FAQs) http://www.usdoj.gov/ust/

**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**
**FOR THE PERIOD BEGINNING 08.01.17 AND ENDING 08.31.17**

Name of Debtor:   Baseball Protective, LLC        Case Number 16-31159
Date of Petition:   10/31/2016

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | 1,984,600.00 | _____ **(b)** |
| **2. RECEIPTS** | | _____ |
| A. Cash Sales | - | _____ |
| Minus:  Cash Refunds | (                    ) | _____ |
| Net Cash Sales | - | _____ |
| B. Accounts Receivable | - | _____ |
| C. Other Receipts *(See MOR-3)* | - | _____ |
| **3. TOTAL RECEIPTS (Lines 2A+2B+2C)** | - | _____ |
| | * A/R Funds belong to Wilson Sporting Goods | |
| **4. TOTAL FUNDS AVAILABLE FOR** | | |
| **OPERATIONS** *(Line 1 + Line 3)* | 1,984,600.00 | _____ |
| | | |
| **5. DISBURSEMENTS** | | |
| A. Advertising | | _____ |
| B. Bank Charges | 615.47 | _____ |
| C. Contract Labor | | _____ |
| D. Fixed Asset Payments (not inc. in N) | | _____ |
| E. Insurance (Health) | - | _____ |
| F. Inventory Payments *(See Attach. 2)* | | _____ |
| G. Leases | | _____ |
| H. Manufacturing Supplies | | _____ |
| I. Office Supplies | - | _____ |
| J. Payroll - Net *(See Attachment 4B)* | | _____ |
| K. Professional Fees (Accounting & Legal) | 104,347.68 | _____ |
| L. Rent | | _____ |
| M. Repairs & Maintenance | | _____ |
| N. Secured Creditor Payments (See  *Attach 2)* | | _____ |
| O. Taxes Paid - Payroll ( *(See Attachment 4C)* | | _____ |
| P. Taxes Paid - Sales & Use *(See Attach. 4C)* | 35,439.72 | _____ |
| Q. Taxes Paid - Other *(See Attach. 4C)* | | _____ |
| R. Telephone | - | _____ |
| S. Travel & Entertainment | - | _____ |
| T. U.S. Trustee Quarterly Fees | - | _____ |
| U. Utilities | - | _____ |
| V. Vehicle Expenses | | _____ |
| W. Other Operating Expenses *(See MOR-3)* | 15,000.00 | _____ |
| **6. TOTAL DISBURSEMENTS (Sum of 5A thru W)** | 155,402.87 | _____ |
| **7. ENDING BALANCE (Line 4 Minus Line 6)** | 1,829,197.13 | _____ |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.**

This 19th day of Sept, 2017.        ___/s/ Sheron Moshell_____
                                                      (Signature)

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month.  It is always the amount of funds on hand as of the date of the petition.

(c) These two amounts will always be the same if form is completed correctly.

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)
**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**

Describe Each Item of Other Recept and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECIPETS | $          - | |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| KB3 Interests, LLC | $    15,000.00 | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | $    15,000.00 | |

**NOTE:  Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

**EvoShield LLC**

# ▌Balance Sheet

|  |  |
|---|---|
| Posting Date: | **To:** |
| Template: | **08/31/17** |
| Report Cycle: | **Chart of Accounts** |
|  | **Annual Report** |

Transaction Cross-Section by  Posting Date:

Account Name

Currency: **$**

| Account Name | Balance | Relative Percentage |
|---|---|---|
| **Assets** | | |
| 10-13XXX - CURRENT ASSETS | | |
| 10XXX - Cash & Cash Equivalents | | |
| 10160-00000 - WFC DIP Acct *0260 | 1,285,217.22 | % 64.927 |
| 10170-00000 - CPMAS Trust Account | 543,914.80 | % 27.477 |
| 10700-00000 - Petty Cash | 65.11 | % 0.003 |
| **Total 10XXX - Cash & Cash Equivalents** | 1,829,197.13 | % 92.407 |
| 11XXX - Accounts Receivable | | |
| 11850-00000 - Employee Loans | 26,274.50 | % 1.327 |
| **Total 11XXX - Accounts Receivable** | 26,274.50 | % 1.327 |
| **Total 10-13XXX - CURRENT ASSETS** | 1,855,471.63 | % 93.735 |
| 14XXX - G2S MANUFACTURING | | |
| 141XX - Mfg-Production Labor | | |
| 14103-00000 - Mfg-Empl. Agency Labor | 1,261.50 | % 0.064 |
| 14199-00000 - Mfg-Labor Allocation | (1,261.50) | % -0.064 |
| **Total 141XX - Mfg-Production Labor** | | % 0.000 |
| 143XX - Mfg-Consumables | | |
| 14300-00000 - Mfg Consumables | 294.39 | % 0.015 |
| 14399-00000 - Mfg-Consumables Allocation | (294.39) | % -0.015 |
| **Total 143XX - Mfg-Consumables** | | % 0.000 |
| 147XX - Mfg-Overhead | | |
| 14721-00000 - Mfg-Facility Maint/Repairs | 335.39 | % 0.017 |
| 14724-00000 - Mfg-Machine Repairs & Maint | 646.65 | % 0.033 |
| 14799-00000 - Mfg-Overhead Allocation | (982.04) | % -0.050 |
| **Total 147XX - Mfg-Overhead** | | % 0.000 |
| **Total 14XXX - G2S MANUFACTURING** | | % 0.000 |

# EvoShield LLC

# ▌Balance Sheet

| Account Name | Balance | Relative Percentage |
|---|---:|---:|
| | | Currency: **$** |
| 15-17XXX - LONG TERM ASSETS | | |
| 17XXX - Other Assets | | |
| 17100-00000 - Tax Credit Receivable | 124,023.50 | % 6.265 |
| **Total 17XXX - Other Assets** | 124,023.50 | % 6.265 |
| **Total 15-17XXX - LONG TERM ASSETS** | 124,023.50 | % 6.265 |
| **Total Assets** | 1,979,495.13 | % 100.000 |
| | **$ 1,979,495.13** | **% 100.000** |
| | ============== | ============== |

**Liabilities**

| Account Name | Balance | Relative Percentage |
|---|---:|---:|
| 20-25XXX - CURRENT LIABILITIES | | |
| 20XXX - Accounts Payable | | |
| 20000-00000 - Accounts Payable | 809,972.14 | % 10.856 |
| **Total 20XXX - Accounts Payable** | 809,972.14 | % 10.856 |
| 23XXX - Other Current Liabilities | | |
| 23550-00000 - Sales Tax Accrual | 346,179.06 | % 4.640 |
| **Total 23XXX - Other Current Liabilities** | 346,179.06 | % 4.640 |
| **Total 20-25XXX - CURRENT LIABILITIES** | 1,156,151.20 | % 15.496 |
| 26-27### - LONG TERM LIABILITIES | | |
| 27XXX - Debt | | |
| 27901-00000 - Subdebt - Series 0714 | 2,159,332.00 | % 28.943 |
| 27902-00000 - Subdebt - Series 1214 | 1,485,948.43 | % 19.917 |
| 27903-00000 - Subdebt - Series 0116 | 417,133.63 | % 5.591 |
| 27904-00000 - Subdebt - Series 0316 | 556,712.49 | % 7.462 |
| 27905-00000 - Subdebt - Series 0416 | 1,656,082.68 | % 22.197 |
| **Total 27XXX - Debt** | 6,275,209.23 | % 84.110 |
| 28XXX - Other Long Term Liabiliteis | | |
| 28100-00000 - Restructuring Charge Accrual | 29,385.08 | % 0.394 |
| **Total 28XXX - Other Long Term Liabiliteis** | 29,385.08 | % 0.394 |

**EvoShield LLC**

# ▌ Balance Sheet

| Account Name | Balance | Relative Percentage |
|---|---|---|
| | | Currency: **$** |
| **Total 26-27### - LONG TERM LIABILITIES** | 6,304,594.31 | % 84.504 |
| **Total Liabilities** | 7,460,745.51 | % 100.000 |
| **Equity** | | |
| 3XXXX - S-HOLDER EQUITY & RET EARNINGS | | |
| 32XXX - Preferred Equity | | |
| 32000-00000 - Equity - Preferred | 2,776,882.50 | % -50.661 |
| **Total 32XXX - Preferred Equity** | 2,776,882.50 | % -50.661 |
| 34XXX - Common Equity | | |
| 34101-00000 - Equity-Holdings | (270,828.88) | % 4.941 |
| **Total 34XXX - Common Equity** | (270,828.88) | % 4.941 |
| 39XXX - Retained Earnings | | |
| 39990-00000 - RETAINED EARNINGS | (4,159,840.22) | % 75.892 |
| 39995-00000 - Owner Distributions | (156,053.00) | % 2.847 |
| **Total 39XXX - Retained Earnings** | (4,315,893.22) | % 78.739 |
| **Total 3XXXX - S-HOLDER EQUITY & RET EARNINGS** | (1,809,839.60) | % 33.019 |
| Profit Period | (3,671,410.78) | % 66.981 |
| **Total Equity** | (5,481,250.38) | % 100.000 |
| | **$ 1,979,495.13** | **% 100.000** |

**EvoShield LLC**

# ▌Profit and Loss Statement

| | | | | |
|---|---|---|---|---|
| | Posting Date: | **From 08/01/17** | **To** | **08/31/17** |
| | | | Template: | **Chart of Accounts** |
| | | | Report Cycle: | **Annual Report** |

Transaction Cross-Section by Posting Date

| Account Name | Balance | Currency: $ Year-to-Date |
|---|---|---|
| **Revenues** | | |
| 4XXXX - REVENUE | | |
| **Total 4XXXX - REVENUE** | | |
| **Total Revenues** | | |
| **Cost of Sales** | | |
| 5XXXX - COST OF GOODS SOLD | | |
| **Total 5XXXX - COST OF GOODS SOLD** | | |
| **Total Cost of Sales** | | |
| **Gross Profit** | | |
| **Expenses** | | |
| 6XXXX - SELLING EXPENSES | | |
| 62XXX - Merchant Fees | | (1,052.93) |
| **Total 6XXXX - SELLING EXPENSES** | | (1,052.93) |
| 7XXXX - MARKETING EXPENSES | | |
| 76XXX - Events | | 500.00 |
| **Total 7XXXX - MARKETING EXPENSES** | | 500.00 |
| 8XXXX - GENERAL & ADMIN EXPENSES | | |
| 83XXX - Professional Fees | (118,209.10) | (177,813.03) |
| 840XX - Payroll Wages & Salaries | | (332.25) |
| 843XX - Fringe Benefits | | (1,242.64) |
| 85XXX - Travel & Meetings | | (138.42) |
| 861xx - Taxes & Licenses | | (599.52) |
| 865XX - Insurance | | (1,747.00) |
| 871XX - Facilities | | (64.00) |
| 875XX - Information Technology | | (262.50) |
| 88XXX - Freight & Postage | | 128.17 |
| **Total 8XXXX - GENERAL & ADMIN EXPENSES** | (118,209.10) | (182,071.19) |

**EvoShield LLC**

# ▌ Profit and Loss Statement

| Account Name | Balance | Currency: $ Year-to-Date |
|---|---|---|
| **Total Expenses** | (118,209.10) | (182,624.12) |
| **Operating Profit** | (118,209.10) | (182,624.12) |
| **Financing** | | |
|     95FIN - FINANCING | | |
|       95XXX - Financing Expense | (615.47) | (6,248.20) |
|     **Total 95FIN - FINANCING** | (615.47) | (6,248.20) |
| **Total Financing** | (615.47) | (6,248.20) |
| **Profit After Financing Expenses** | (118,824.57) | (188,872.32) |
| **Other Revenues and Expenses** | | |
|     90-93XXX - OTHER INCOME AND EXPENSES | | |
|       90XXX - Other Income | | 1,007,424.18 |
|       93XXX - Other Expense | | 4,146.00 |
|     **Total 90-93XXX - OTHER INCOME AND EXPENSES** | | 1,011,570.18 |
| **Total Other Revenues and Expenses** | | 1,011,570.18 |
| **Profit Period** | (118,824.57) | 822,697.86 |

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

| | | | |
|---|---|---|---|
| Name of Debtor: | Baseball Protective, LLC | Case Number: | 16-31159 |
| Reporting Period beginning | 08.01.17 | Period ending | 08.31.17 |

ACCOUNTS RECEIVABLE AT PETITION DATE:        $1,711,359.32

**ACCOUNTS RECEIVABLE RECONCILIATION**

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $       0 | (a) |
| PLUS: Current Month New Billings | | |
| MINUS: Collection During the Month | $ | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ | * |
| End of Month Balance | $       0 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:
_____
**Wilson Sporting Goods purchased all the Account Receivable  in the asset purchase of Evoshield 11.17.16**

**POST PETITION ACCOUNTS RECEIVABLE AGING**

(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|
| $_____ | $_____ | $_____ | $_____ | $_____(c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c) These two amounts must equal.

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor:      Baseball Protective LLC          Case Number: 16-31159

Reporting Period beginning          08.01.17          Period ending          08.31.17

In the space below list all invoices or bills incurred and not paid <u>since the filing of this petition</u>.  <u>Do not</u> include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| 8/31/2017 | | Sheron Moshell | Accounting Fees | $ 1,380.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT                                                                  $ 1,380.00  (b)
☐ **Check here if pre-petition debts have been paid.  Attach an explanation and copies of supporting documentation.**
_____

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)**

| | |
|---|---|
| Opening Balance | 0.00 (a) |
| PLUS: New Indebtedness Incurred This Month | - |
| MINUS: Amount Paid on Post Petition, | |
| Accounts Payable This Month | 1,380.00 |
| PLUS/MINUS: Adjustments | * |
| Ending Month Balance | 1,380.00 (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.
Addional A/P adjustments entered for YE Books - see attached

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).  If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| TOTAL | | 0        (d) | | |

(a) This number is carried forward from last month's report.  For the first report only, this number will be zero.
(b, c) The total of line (b) must equal line (c).
(d) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

## ATTACHMENT 11
## INVENTORY AND FIXED ASSETS REPORT

| | | | |
|---|---|---|---|
| Name of Debtor: | Baseball Protective | Case Number: | 16-31159 |
| Reporting Period beginning | 08.01.17 | Period ending | 08.31.17 |

### INVENTORY REPORT

INVENTORY BALANCE AT PETITION DATE:                    $            4,867,625.29

INVENTORY RECONCILIATION:

Inventory Balance at Beginning of Month                                    0            (a)

 PLUS: Inventory Purchased During Month

 MINUS: Inventory Used or Sold

 PLUS/MINUS: Adjustments or Write-downs

Inventory on Hand at End of Month                                    0            *

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

**\*All inventory was purchased by Wilson Sporting Goods 11.17.16**

### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _____% | _____% | _____% | _____%  = | _____100%* |

\* Aging Percentages must equal 100%.

□ Check here if inventory contains perishable items**.**

**Description of Obsolete Inventory:** _____
_____

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: _____(b)

(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _____
_____

FIXED ASSETS RECONCILIATION:

| | |
|---|---|
| Fixed Asset Book Value at Beginning of Month | $_____(a)(b) |
|  MINUS: Depreciation Expense | $_____ |
|  PLUS: New Purchases | $_____ |
|  PLUS/MINUS: Adjustments or Write-downs | $_____* |
| Ending Monthly Balance | $_____ |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD:   **Wilson Sporting Goods purchased all the fixed assets in the asset purchase of Evoshield 11.17.16**

_____

(a) This number is carried forward from last month's report.  For the first report only, this number will be the
 balance as of the petition date.

(b) Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
  Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**ATTACHMENT 4A**

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

| | | | |
|---|---|---|---|
| Name of Debtor: | Baseball Protective, LLC | Case Number: | 16-31159 |
| Reporting Period beginning | 08.01.17 | Period ending | 08.31.17 |

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

| | | | |
|---|---|---|---|
| NAME OF BANK: | Wells Fargo | BRANCH: | Athens, GA |
| ACCOUNT NAME: | Baseball Protective, LLC | ACCOUNT NUMBE | ****0260 |

PURPOSE OF ACCOUNT: <u>OPERATING</u>

| | |
|---|---|
| Ending Balance per Bank Statement | 1,285,217.22 |
| Plus Total Amount of Outstanding Deposits | 0 |
| Minus Total Amount of Outstanding Checks and other debits | -          * |
| Minus Service Charges | |
| Ending Balance per Check Register | 1,285,217.22  **(a) |

**\*Debit cards are used by** _____

**\*\*If Closing Balance is negative, provide explanation:** _____

_____

**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D: (** ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____ Transferred to Payroll Account

$_____ Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

# Analyzed Business Checking



Account number:    **0260**  ▪  August 1, 2017 - August 31, 2017  ▪  Page 1 of 2

BASEBALL PROTECTIVE, LLC
DEBTOR IN POSSESSION
CH 11 CASE 16-31159 (MGA)
3255 LAW SUW RD STE P # 302
SUWANEE GA 30024-6575

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (297)
P.O. Box 6995
Portland, OR  97228-6995

---

 IMPORTANT ACCOUNT INFORMATION

---

For business banking customers who receive a paper statement for an analyzed checking account, the standard monthly fee per statement is $5.00 per account.
For wholesale banking customers, the paper statement fee may vary. Please refer to the annual pricing terms applicable to your account.

---

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 0260 | $1,403,311.79 | $0.00 | -$118,094.57 | $1,285,217.22 |

---

### Debits

#### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail | |
|---|---|---|---|---|
| | 08/11 | 615.47 | Client Analysis Srvc Chrg 170810 Svc Chge 0717 | 0260 |
| | | **$615.47** | **Total electronic debits/bank debits** | |

#### Checks paid

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 1048 | 650.00 | 08/01 | 1050 * | 101,829.10 | 08/18 | 1051 | 15,000.00 | 08/21 |
| | **$117,479.10** | | **Total checks paid** | | | | | |

*\* Gap in check sequence.*

| | **$118,094.57** | **Total debits** |
|---|---|---|



---

**Daily ledger balance summary**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 07/31 | 1,403,311.79 | 08/11 | 1,402,046.32 | 08/21 | 1,285,217.22 |
| 08/01 | 1,402,661.79 | 08/18 | 1,300,217.22 | | |
| | **Average daily ledger balance** | **$1,350,934.94** | | | |

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058.  You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

EvoShield LLC
3255 Lawrenceville-Suwanee Rd
Suwanee GA 30024
USA

**Date:** 09/19/17
**Time:** 7:17:27PM

# Bank Reconciliation Report

| | |
|---|---|
| G/L Account: | 10160-00000 ( WFC DIP Acct *0260 ) |
| Reconciliation Number: | 11 |
| Statement Date: | 08/31/17 |
| Statement Number: | |

## Reconciliation Summary

**Bank Statement**

| | |
|---|---|
| Beginning Balance | $ 1,403,311.79 |
| Cleared Checks and Payments | $ (118,094.57) |
| Cleared Deposits and Credits | $ 0.00 |
| **Ending Balance** | **$ 1,285,217.22** |

**G/L Account**

| | |
|---|---|
| Account Balance | $ 1,285,217.22 |
| Uncleared Checks and Payments | $ 0.00 |
| Uncleared Deposits and Credits | $ 0.00 |
| **Adjusted Account Balance** | **$ 1,285,217.22** |

| | |
|---|---|
| **Variance** | **$ 0.00** |

## Cleared Checks and Payments

| Type | Trans. No. | Posting Date | Payee/ Account Name | BP Code/ Account Code | Ref. No. 1 | Ref. No. 3 | Ref. No. | Check No. | Remarks | Deposit | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PS | ⇧ ###### | 07/28/17 | United States Trustee | 9000301 | 4206 | 1048 | | 3,024 | Outgoing Payments - 9000301 | | $ 650.00 | $ (650.00) |
| PS | ⇧ ###### | 08/13/17 | Lamberth, Cifelli, Ellis, Nason, P.A. | 9000298 | 4208 | 1050 | | 3,026 | Outgoing Payments - 9000298 | | $ 101,829.10 | $ (102,479.10) |
| PS | ⇧ ###### | 08/13/17 | KB3 Interest, LLC | 9000304 | 4209 | 1051 | | 3,027 | Outgoing Payments - 9000304 | | $ 15,000.00 | $ (117,479.10) |
| PS | ⇧ ###### | 08/31/17 | Bank Service Fees | 95300-00000 | | | | | Record Bank Analysis Fee | | $ 615.47 | $ (118,094.57) |
| **Total Cleared Checks and Payments** | | | | | | | | | | | **$ 118,094.57** | **$ (118,094.57)** |

| **Total Cleared Transactions** | | **$ 0.00** | **$ 118,094.57** | **$ (118,094.57)** |
|---|---|---|---|---|

EvoShield LLC

3255 Lawrenceville-Suwanee Rd

Suwanee GA 30024
USA

**Date:**    09/19/17
**Time:**    7:17:29PM

# Bank Reconciliation Report

G/L Account:            10160-00000 ( WFC DIP Acct *0260 )
**Reconciliation Number:**    11
**Statement Date:**    08/31/17
**Statement Number:**

ATTACHMENT 5A
**CHECK REGISTER - OPERATING ACCOUNT**

| Name of Debtor: | Baseball Protective, LLC | | | Case Number: | | 16-31159 |
|---|---|---|---|---|---|---|

Reporting Period beginning     08.01.17                     Period ending         08.31.17

NAME OF BANK:     Wells Fargo               BRANCH:  Athens, GA

ACCOUNT NAME:     Baseball Protective, LLC

PURPOSE OF ACCOUNT:          <u>OPERATING</u>

Accounting for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 8/13/2017 | 1050 | Lamberth, Cifelli, Ellis, Nelso | Legal Fees | 101,829.10 |
| 8/13/2017 | 1051 | KB3 Interest, LLC | Settlement-Doc 161 Filed 06/29/17 | 15,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 8/31/2017 | EFT | Wells Fargo | Bank Analysis Charges | 615.47 |
| | | | | |
| 8/4/2017 | CPMS | Cohen Pollock Merlin Small,PC | Trust Acct Admin Fee | 2,518.58 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | $119,963.15 |

**ATTACHMENT 4B**

## MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor:       Baseball Protective, LLC              Case Number:          16-31159

Reporting Period beginning        08.01.17              Period ending          08.31.17

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK:       N/A                    BRANCH: _____

ACCOUNT NAME: _____       ACCOUNT NUMBER: _____
PURPOSE OF ACCOUNT:       PAYROLL

      Ending Balance per Bank Statement                    $_____
       Plus Total Amount of Outstanding Deposits          $_____
       Minus Total Amount of Outstanding Checks and other debits    $_____*
       Minus Service Charges                    $_____
      Ending Balance per Check Register                    $_____**(a)

**\*Debit cards must not be issued on this account**.

**\*\*If Closing Balance is negative, provide explanation**: _____
The following disbursements were paid by Cash:  ( □ Check here if cash disbursements were authorized by United States Treasury)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for Disbursement from this account |
|------|--------|-------|---------|-------------------------------------------|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported in "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

ATTACHMENT 5B
**CHECK REGISTER - PAYROLL ACCOUNT**

Name of Debtor:        Baseball Protective, LLC                    Case Number:          16-31159

Reporting Period beginning          08.01.17                Period ending         08.31.17

NAME OF BANK:      N/A                          BRANCH: _____

ACCOUNT NAME:      _____

ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT:          PAYROLL

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the alternative, a computer
generated check register can be attached to this report, provided all the information requested below is included.

|  | CHECK | | | |
| DATE | NUMBER | PAYEE | PURPOSE | AMOUNT |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                                  $_____

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor:      Baseball Protective, LLC          Case Number:          16-31159

Reporting Period beginning          08.01.17          Period ending          08.31.17

Attach a copy of current month bank statement and bank reconcilliation to this Summary of Bank Activity.   A
standard bank reconcilliation form can be found on the United States Trustee website,
http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:      N/A          BRANCH: _____

ACCOUNT NAME: ___ _____

ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT:      <u>TAX</u>

| | |
|---|---|
| Ending Balance per Bank Statement | $_____ |
| Plus Total Amount of Outstanding Deposits | $_____ |
| Minus Total Amount of Outstanding Checks and other debits | $_____ * |
| Minus Service Charges | $_____ |
| Ending Balance per Check Register | $_____ **(a) |

**\*Debit cards must not be issued on this account**.

**\*\*If Closing Balance is negative, provide explanation**: _____
_____

The following disbursements were paid by Cash: ( ☐ Check here if cash disbursements were authorized by
United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
"Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5C**

**CHECK REGISTER - TAX ACCOUNT**

| | | |
|---|---|---|
| Name of Debtor: | Baseball Protective, LLC | Case Number: | 16-31159 |

Reporting Period beginning      08.01.17          Period ending      08.31.17

NAME OF BANK:      N/A                    BRANCH: _____

ACCOUNT NAME: ___ _____

ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT:      <u>TAX</u>

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust/

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                                    _____((d)

SUMMARY OF TAXES PAID

| | |
|---|---|
| Payroll Taxes Paid | _____(a) |
| Sales & Use Taxes Paid | _____(b) |
| Other Taxes Paid | _____(c) |
| TOTAL | _____(d) |

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
     (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
     (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
     (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

**ATTACHMENT 4B**

**INVESTMENT ACCOUNTS AND PETTY CASH REPORT**

**INVESTMENT ACCOUNTS**

| | | | | |
|---|---|---|---|---|
| Name of Debtor: | Baseball Protective, LLC | | Case Number: | 16-31159 |
| Reporting Period beginning | 08.01.17 | | Period ending | 08.31.17 |

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| CPMAS Trust Account Funds in Escrow for Sales Tax Filings | _____ | _____ | _____ | $523,850.80 |
| Funds from Wilson Sporting Goods Purchase | _____ | _____ | _____ | $20,064.00 |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                                                                    $543,914.80

**PETTY CASH REPORT**

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | **(Column 2)** Maximum Amount of Cash in Drawer/Acct. | **(Column 3)** Amount of Petty Cash on Hand At End of Month | **(Column 4)** Difference Between (Column 2) and (Column 3) |
|---|---|---|---|
| Sheron Moshell | 65.11 | 65.11 | 0 |
| Suwanee Ga | | | |
| _____ | | | |

**TOTAL**                              **65.11**

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**_____
_____
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH (a + b)**          $543,979.91  (c)

(c) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, line 7).

# Matter Status
## Trust

Client:  017780   EVOSHIELD, LLC

Matter:  304972   Tax Escrow

Transactions: View all Transactions

Bank: 7Suntrust TRUST 01179

| Date | Client-Matter | Type | Description | Amount | Balance |
|------|---------------|------|-------------|--------|---------|
| 11/17/2016 | 017780-304972 | TDP | Trust Deposit -wire in from Wilson Concentration Acct (CK# wire in) (Received From: wire in from Wilson Concentrat) | $782,000.00 | $782,000.00 |
| 6/2/2017 | 017780-304972 | TDS | North Carolina Department of Revenue- TRUST DISBURSEMENT- Evoshield Tax Escrow (CK# 3947) (Paid To: North Carolina Department of R) | ($13,171.50) | $768,828.50 |
| 6/2/2017 | 017780-304972 | TDS | Florida Department of Revenue- TRUST DISBURSEMENT- Evoshield Tax Escrow (CK# 3948) (Paid To: Florida Department of Revenue) | ($19,968.53) | $748,859.97 |
| 6/2/2017 | 017780-304972 | TDS | Texas Comptroller of Public Accounts- Evoshield Tax Escrow (CK# 3949) (Paid To: Texas Comptroller of Public Ac) | ($50,000.00) | $698,859.97 |
| 6/12/2017 | 017780-304972 | TDS | Arizona Depatment of Revenue- TRUST DISBURSEMENT- Arizona Tax Liability - License 21192679 (CK# 3950) (Paid To: Arizona Depatment of Revenue) | ($3,528.97) | $695,331.00 |
| 6/16/2017 | 017780-304972 | TAP | Trust Applied as Payment | ($3,277.50) | $692,053.50 |
| 6/16/2017 | 017780-304972 | TDS | Illinois Department of Revenue- TRUST DISBURSEMENT- Evoshield Tax Escrow (CK# 3951) (Paid To: Illinois Department of Revenue) | ($18,222.26) | $673,831.24 |
| 6/16/2017 | 017780-304972 | TDS | Utah State Tax Commission- TRUST DISBURSEMENT- Evoshield Tax Escrow (CK# 3952) (Paid To: Utah State Tax Commission) | ($2,078.99) | $671,752.25 |
| 6/16/2017 | 017780-304972 | TDS | Ohio Department of Taxation- TRUST DISBURSEMENT- Evoshield Tax Escrow (CK# 3953) (Paid To: Ohio Department of Taxation) | ($11,769.71) | $659,982.54 |
| 7/13/2017 | 017780-304972 | TDS | Wisconsin Department of Revenue- TRUST DISBURSEMENT- Evoshield Tax Escrow (CK# 3955) (Paid To: Wisconsin Department of Revenu) | ($5,391.61) | $654,590.93 |
| 7/13/2017 | 017780-304972 | TDS | Minnesota Department of Revenue- TRUST DISBURSEMENT- Evoshield Tax Escrow (CK# 3956) (Paid To: Minnesota Department of Revenu) | ($7,260.99) | $647,329.94 |
| 7/13/2017 | 017780-304972 | TDS | Comptroller of the State of Maryland- TRUST DISBURSEMENT- Evoshield Tax Escrow (CK# 3957) (Paid To: Comptroller of the State of Ma) | ($7,419.55) | $639,910.39 |
| 7/13/2017 | 017780-304972 | TDS | Commonwealth of Kentucky Department of Revenue- TRUST DISBURSEMENT- Evoshield Tax Escrow (CK# 3958) (Paid To: Commonwealth of Kentucky Depar) | ($7,423.69) | $632,486.70 |
| 7/13/2017 | 017780-304972 | TDS | Indiana Department of Revenue- TRUST DISBURSEMENT- Evoshield Tax Escrow (CK# 3959) (Paid To: Indiana Department of Revenue) | ($7,934.61) | $624,552.09 |
| 7/14/2017 | 017780-304972 | TDS | Florida Department of Revenue- TRUST DISBURSEMENT- Evoshield Tax Escrow (CK# 3960) (Paid To: Florida Department of Revenue) | ($2,659.49) | $621,892.60 |
| 7/18/2017 | 017780-304972 | TAP | Trust Applied as Payment | ($4,331.30) | $617,561.30 |
| 7/18/2017 | 017780-304972 | TDS | Commonwealth of Virginia, Department of Taxation- TRUST DISBURSEMENT- Evoshield Tax Escrow (CK# 3961) (Paid To: Commonwealth of Virginia, Depa) | ($8,606.60) | $608,954.70 |
| 7/18/2017 | 017780-304972 | TDS | Tennessee Department of Revenue- TRUST DISBURSEMENT- Evoshield Tax Escrow (CK# 3962) (Paid To: Tennessee Department of Revenu) | ($17,943.52) | $591,011.18 |
| 7/27/2017 | 017780-304972 | TDS | Indiana Department of Revenue- TRUST DISBURSEMENT- Evoshield Tax Escrow (CK# 3963) (Paid To: Indiana Department of Revenue) | ($343.21) | $590,667.97 |
| 7/27/2017 | 017780-304972 | TDS | Utah State Tax Commission- TRUST DISBURSEMENT- Evoshield Tax Escrow (CK# 3964) (Paid To: Utah State Tax Commission) | ($58.36) | $590,609.61 |
| 7/31/2017 | 017780-304972 | TDS | Mississippi Department of Revenue- TRUST DISBURSEMENT- Evoshield Tax Escrow (CK# 3966) (Paid To: Mississippi Department of Reve) | ($9,252.46) | $581,357.15 |
| 7/31/2017 | 017780-304972 | TDS | North Carolina Department of Revenue- TRUST | ($1,329.38) | $580,027.77 |

# Matter Status
## Trust

Client:  017780   EVOSHIELD, LLC

Matter:  304972   Tax Escrow

Transactions: View all Transactions

Bank: 7Suntrust TRUST 01179

| Date | Client-Matter | Type | Description | Amount | Balance |
|------|---------------|------|-------------|--------|---------|
| | | | DISBURSEMENT- Evoshield Tax Escrow (CK# 3968) (Paid To: North Carolina Department of R) | | |
| 7/31/2017 | 017780-304972 | TDS | Massachusetts Department of Revenue- Evoshield Tax Escrow (CK# 3969) (Paid To: Massachusetts Department of Re) | ($8,051.29) | $571,976.48 |
| 7/31/2017 | 017780-304972 | TDS | Alabama Department of Revenue- TRUST DISBURSEMENT- Evoshield Tax Escrow (CK# 3967) (Paid To: Alabama Department of Revenue) | ($6,648.44) | $565,328.04 |
| 7/31/2017 | 017780-304972 | TDS | Colorado Department of Revenue- Evoshield Tax Escrow (CK# 3965) (Paid To: Colorado Department of Revenue) | ($3,518.94) | $561,809.10 |
| 8/4/2017 | 017780-304972 | TAP | Trust Applied as Payment | ($2,518.58) | $559,290.52 |
| 8/9/2017 | 017780-304972 | TDS | Wisconsin Department of Revenue- TRUST DISBURSEMENT- Evoshield Tax Escrow (CK# 3971) (Paid To: Wisconsin Department of Revenu) | ($1,865.82) | $557,424.70 |
| 8/11/2017 | 017780-304972 | TDS | Minnesota Department of Revenue- TRUST DISBURSEMENT- Evoshield Tax Escrow (CK# 3972) (Paid To: Minnesota Department of Revenu) | ($352.73) | $557,071.97 |
| 8/22/2017 | 017780-304972 | TDS | Pennsylvania Department of Revenue- TRUST DISBURSEMENT- Evoshield Tax Escrow (CK# 3975) (Paid To: Pennsylvania Department of Rev) | ($14,271.14) | $542,800.83 |
| 8/22/2017 | 017780-304972 | TDS | Louisiana Department of Revenue- TRUST DISBURSEMENT- Evoshield Tax Escrow (CK# 3976) (Paid To: Louisiana Department of Revenu) | ($10,066.35) | $532,734.48 |
| 8/22/2017 | 017780-304972 | TDS | Oklahoma Tax Commission- TRUST DISBURSEMENT- Evoshield Tax Escrow (CK# 3977) (Paid To: Oklahoma Tax Commission) | ($5,322.95) | $527,411.53 |
| 8/22/2017 | 017780-304972 | TDS | Commonwealth of Kentucky Department of Revenue- TRUST DISBURSEMENT- Evoshield Tax Escrow (CK# 3978) (Paid To: Commonwealth of Kentucky Depar) | ($917.58) | $526,493.95 |
| 8/23/2017 | 017780-304972 | TDS | Comptroller of the State of Maryland- TRUST DISBURSEMENT- Evoshield Tax Escrow (CK# 3979) (Paid To: Comptroller of the State of Ma) | ($2,643.15) | $523,850.80 |
| 9/5/2017 | 017780-304972 | TDS | Alabama Department of Revenue- TRUST DISBURSEMENT- Evoshield Tax Escrow (CK# 3980) (Paid To: Alabama Department of Revenue) | ($575.47) | $523,275.33 |
| 9/6/2017 | 017780-304972 | TDS | Oklahoma Tax Commission- TRUST DISBURSEMENT- Evoshield Tax Escrow (CK# 3981) (Paid To: Oklahoma Tax Commission) | ($3,412.64) | $519,862.69 |

# Matter Status

**Trust**

| | |
|---|---|
| Client: 017780   EVOSHIELD, LLC | Transactions: View all Transactions |
| Matter: 304971   Senior Lender Escrow | Bank: 7Suntrust TRUST 01179 |

| Date | Client-Matter | Type | Description | Amount | Balance |
|---|---|---|---|---|---|
| 11/17/2016 | 017780-304971 | TDP | Trust Deposit -wire in from Wilson Concentration Acct (CK# wire in) (Received From: wire in from Wilson Concentrat) | $5,258,758.00 | $5,258,758.00 |
| 11/17/2016 | 017780-304971 | TDS | Trust Disbursement -wire out to Dugout Ventures (CK# wire out) (Paid To: wire out to Dugout Ventures) | ($5,238,694.00) | $20,064.00 |

**MONTHLY TAX REPORT**

| Name of Debtor: | Baseball Protective, LLC | Case Number: | 16-31159 |
|---|---|---|---|
| Reporting Period beginning | 08.01.17 | Period ending | 08.31.17 |

**TAXES OWED AND DUE**

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| Wisconsin Dept of Revenue | | VDA - Sales Tax | $ 1,865.82 | | 1/2014-11/2016 |
| Minnesota Dept of Revenue | | | $ 352.73 | | 1/2014-11/2016 |
| Pennsylvania Dept of Revenue | | | $ 14,271.14 | | 1/2014-11/2016 |
| Louisiana Dept opf Revenue | | | $ 10,066.35 | | 1/2014-11/2016 |
| Oklahoma Tax Commission | | | $ 5,322.95 | | 1/2014-11/2016 |
| Comonwealth of Kentucky Dept of Revenue | | | $ 917.58 | | 1/2014-11/2016 |
| Comptroller of the State of Maryland | | | $ 2,643.15 | | 1/2014-11/2016 |

**Note: These were paid in July by the Trustee Acct.**

| TOTAL | | | $ 35,439.72 | | |

ATTACHMENT 2

## SUMMARY OF OFFICER OR OWNER COMPENSATION

## SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

| | | | |
|---|---|---|---|
| Name of Debtor: | Baseball Protective, LLC | Case Number: | 16-31159 |
| Reporting Period beginning | 08.01.17 | Period ending | 08.31.17 |

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

### PERSONNEL REPORT

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 0 | _____ |
| Number hired during the period | _____ | _____ |
| Number terminated or resigned during period | _____ | _____ |
| Number of employees on payroll at end of period | 0 | _____ |

### CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

☐ **Check here if U.S. Trustee has been listed as Certificate Holder for all insurance policies.**

ATTACHMENT 8
## SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to:  (1) financial transactions that are not reported on this report, such as the sale of real estate (***attach closing statement***); (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.